UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE, Subscriber Assigned IP
Address 24.128.178.40 and TERRY HERMAN,

    Defendants.

Case No. 18-cv-11577
Hon. Matthew F. Leitman

_____/

## ORDER FOR HEARING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT (ECF #20)

On March 4, 2019, counsel for Plaintiff filed a Motion for Default Judgment. (*See* ECF #20).

**IT IS HEREBY ORDERED** that the parties (or their counsel, if represented) shall appear at the United States District Court, 600 Church Street., Flint, Michigan, on **Tuesday, May 28, 2019 at 10:30 a.m.** for a hearing on Plaintiff's motion.

**IT IS FURTHER ORDERED** that Plaintiff shall submit a proposed judgment through the Utilities function of CM/ECF no later than **May 20, 2019**.

**IT IS FURTHER ORDERED** that Plaintiff shall serve a copy of this Notice and a copy of the proposed judgment on Defendant no later than **May 13, 2019.** Plaintiff shall also file a Certificate of Service confirming that it has completed this serve as directed with the Court no later than **May 17, 2019**.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: May 3, 2019


I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 3, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764